IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| IGNACIO SANDOVAL-SIANUQUI, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and without objection by the plaintiff,

IT IS ORDERED that Defendant Sandoval-Sianuqui's sentencing is continued to Friday, November 13, 2009, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

August 21, 2009.            BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge