IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| IGNACIO SANDOVAL-SIANUQUI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's motion to seal (filing 38) is granted.

(2)   The government's motion (filing 39) is granted.

DATED this 24th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge