IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| IGNACIO SANDOVAL-SIANUQUI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because Mr. Dornan has withdrawn as counsel of record in this case as shown by the March 30, 2011 order of the Court of Appeals granting such withdrawal (filing no. 79),

IT IS ORDERED that the request for expedited transcript (filing no. 81) submitted on April 19, 2011 by Mr. Dornan on behalf of the defendant is denied. Without an order reappointing Mr. Dornan or the reentry of an appearance as retained counsel, Mr. Dornan can no longer represent the defendant in this case.

DATED this 20th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge