IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | 4:08cr3116 |
| IGNACIO SANDOVAL-SIANUQUI, | ) ) ) | Order |
| Defendants. | ) ) ) | |

Before the Court is the request for an expedited transcript of hearing held on June18, 2009, [83].

IT IS ORDERED:

1. The request for expedited transcript, filing [83] is granted.

2. Hilda Cervantes, is ordered to pay to the Court the amount of $106.70. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $106.70, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on June 18, 2009. A paper copy of the transcript shall be mailed to the requestor.

Dated: June 7, 2011.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge