# UNITED STATES DISTRICT COURT
### for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Ignacio Sandoval-Sianuqui | )<br>)<br>)<br>) Case No: 4:08CR3116<br>) USM No: 85851-008<br>) |
| Date of Original Judgment: 11/18/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Michael F. Maloney<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of    292    months **is reduced to**   235 months                         .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated    11/18/2009    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        01/05/2016                                    s/ Richard G. Kopf
                                                              *Judge's signature*

Effective Date:    11/01/2015                        Richard G. Kopf, Senior United States District Judge
                *(if different from order date)*          *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:  Ignacio Sandoval-Sianuqui

CASE NUMBER:  4:08CR3116

DISTRICT:  District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  38          Amended Total Offense Level:  38

Criminal History Category:  I          Criminal History Category:  I

Previous Guideline Range:  292  to  365  months   Amended Guideline Range:  235  to  293  months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing nos. 98, 102 and 103 are granted as provided herein.